IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                           12-CR-6126 FPG

CHELLSIE BLUE,

        Defendant.

---

## STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action with the exception of the addition of a 2-level adjustment for the role conduct. Pursuant to United States v. Lawlor, 168 F.3d 633 (2d Cir. 1999), the Government is bound to advocate the calculations in the plea agreement.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100 at the time of sentencing. Immediately after sentencing, the defendant must pay the amount due by personal check, cashier's check or certified funds to the United States District Court Clerk.

It is requested that the Court order that all financial obligations be due immediately. In the event the defendant lacks the ability to immediately pay the financial obligations in full, it is requested that the Court set a schedule for payment of the obligations.

Restitution for the full amount of the victims' compensable losses as determined by the Court must be ordered by the Court.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

      Asset Forfeiture/Financial Litigation Unit
      U.S. Attorney's Office--WDNY
      138 Delaware Avenue
      Buffalo, New York   14202

If a letter is not received within 10 days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

DATED:    Rochester, New York
              June 11, 2014

                                    Respectfully submitted,

                                    WILLIAM J. HOCHUL, JR.
                                    United States Attorney

                    BY:    s/TIFFANY H. LEE
                                    Assistant United States Attorney
                                    100 State Street, Suite 500
                                    Rochester, New York   14614
                                    585/263-6760
                                    Tiffany.Lee@usdoj.gov

TO:    Mark D. Hosken, Esq.
         David Spogen, U.S. Probation Department