1                    UNITED STATES DISTRICT COURT

2                   WESTERN DISTRICT OF NEW YORK

3

4

5   - - - - - - - - - - - - -X
    UNITED STATES OF AMERICA              12-CR-6126(G)
6
    vs.
7                                         Rochester, New York
    CHELLSIE BLUE,                        June 19, 2014
8            Defendant.                   4:00 p.m.
    - - - - - - - - - - - - - -X
9

10

11                       TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE FRANK P. GERACI, JR.
12                    UNITED STATES DISTRICT JUDGE

13

14                  WILLIAM J. HOCHUL, JR., ESQ.
                    United States Attorney
15                  BY: TIFFANY H. LEE, ESQ.
                    Assistant United States Attorney
16                  6200 Federal Building
                    Rochester, New York 14614
17

18

19                  MARIANNE MARIANO, ESQ.
                    Federal Public Defender
                    BY: MARK D. HOSKEN, ESQ.
20                  Assistant Federal Public Defender
                    28 East Main Street, Suite 400
21                  Rochester, New York 14614
                    Appearing on behalf of the Defendant
22
    ALSO PRESENT:        Kerry Chartier, U.S. Probation Office
23

24  COURT REPORTER:      Christi A. Macri, FAPR, RMR, CRR, CRI
                    Kenneth B. Keating Federal Building
25                  100 State Street, Room 4240
                    Rochester, New York 14614

**P R O C E E D I N G S**

\*    \*    \*

**(WHEREUPON,** the defendant is present).

**THE COURT:** Are you Chellsie Blue?

04:11:32PM **THE DEFENDANT:** Yes.

**THE COURT:** Ms. Blue appears with her attorney

Mr. Hosken?

**THE DEFENDANT:** Yes.

**THE COURT:** The Government's represented by Ms. Lee.

04:11:41PM The matter's on for sentencing.

The Court has received the presentence report from

the Probation Department.  Also received the Government's

statement.  Also received defendant's statement relating to

sentencing.  And then the Government's response to the

04:12:00PM defendant's statement, and then the defense response to the

Government's response.

And I have reviewed all those particular documents.

I know there are a couple of issues here.  One of

them is that the Probation Department has assessed two

04:12:22PM additional points for Ms. Blue being a leader or organizer of

this criminal activity.  That was not part of the plea

agreement.  I do understand that the parties did not include

that as a factor in determining what they proposed as the

potential guideline sentence in this particular case.

04:13:01PM The parties had indicated that the -- pursuant to

1    the plea agreement, that the offense level would be 33, with a

2    criminal history category of I, for a sentencing range of 135

3    to 168 months.

4         Probation's determined that the total offense level

04:13:28PM 5    is 35, the criminal history category I, the difference between

6    that role -- the two additional points for the role that the

7    defendant had in the criminal activity, being a leader or

8    organizer, resulting in a guidelines range sentence of 168

9    months to 210 months.

04:13:50PM 10         So I don't know if you wanted to address that

11   first, Mr. Hosken?

12        **MR. HOSKEN:** Judge, I noticed that in the

13   presentence investigation report.  I've reviewed the law and I

14   don't think there is a good faith basis to object.  It is the

04:14:03PM 15   lowest adjustment and I would anticipate that the Court would

16   find -- even if Ms. Blue was not a leader, manager or

17   supervisor, the Court may conclude that she was an organizer

18   and as such it appears that the application would be proper.

19        So in good faith I cannot file a legal objection to

04:14:28PM 20   that, Your Honor, and I do not.  That's not to say I don't

21   believe a non-guideline sentence is appropriate, but for

22   purposes of the guidelines calculations, I did not object to

23   that.

24        **THE COURT:** In addition to that, I do believe that

04:14:43PM 25   paragraph 19 of the plea agreement also indicates that the

1  Court's not bound to accept the calculations set forth in the

2  agreement by the parties, and the defendant would not be

3  allowed to withdraw her plea based upon that.

4  So I think we are at the point where the total

04:15:02PM 5  offense level would be considered 35, with a criminal history

6  category of I, with the guideline sentence range being 168 to

7  210.

8  Other than that, I don't believe you have any

9  objections to the presentence report; is that correct?

04:15:16PM 10  **MR. HOSKEN:** It is, Your Honor.

11  **THE COURT:** Okay.  Did you want to be heard,

12  Ms. Lee?

13  **MS. LEE:**  Your Honor, on this issue the Government

14  is bound by the position that it took in the plea agreement

04:15:25PM 15  pursuant to United States vs. *Lawlor*.  So we take no position.

16  **THE COURT:** Do you want to be heard overall about

17  sentencing?

18  **MS. LEE:**  Overall about sentencing, Your Honor, the

19  Government rests upon the submissions that it has submitted to

04:15:37PM 20  the Court.

21  **THE COURT:** Okay.  Mr. Hosken?

22  **MR. HOSKEN:** Thank you, Your Honor.  Judge, I know

23  that there's been a lot of filings that the Court has been

24  presented, and I recognize that this is probably the first

04:15:54PM 25  time I've stood before the Court when the crime for which the

1  individual standing before you to be sentenced is facing the

2  widest discretion available.  You can impose a sentence

3  anywhere from one day in jail up to life imprisonment for this

4  conduct.

04:16:12PM 5          I told Ms. Lee that I responded to her papers

6  yesterday and I think it's appropriate, Judge, to talk about

7  the latest filing by the Government in this way: Your Honor

8  might recall back in October of 1988, a couple years before

9  Chellsie Blue was born, there was a debate between

04:16:32PM 10  vice-presidential candidates Dan Quail and Lloyd Benson.  And

11  you may remember that Dan Quail compared himself to Jack

12  Kennedy and Senator Benson replied.

13          And based upon the Government's filing, I would

14  paraphrase the response and that would be as follows, Judge: I

04:16:48PM 15  knew Tom Kramer, I previously represented Tom Kramer, and

16  Chellsie Blue is no Tom Kramer.

17          And I think when you start there, Judge, to

18  understand that there's -- although the Government wants you

19  to believe it's similar conduct, I explained to the Court the

04:17:03PM 20  conduct in this case as alleged occurred over four days.  You

21  have two individuals ages 14 and 17.

22          You have individuals -- there's an issue as to the

23  14-year-old said she was involved with more than 12 men; there

24  was no indication it was 30.

04:17:23PM 25          She also said that she got to keep half the money,

not all the money was given to the Blues as maintained by the Government, and that's why I provided the Court with the criminal complaint because that was sworn to by Officer Tucker.

The reason I presented that to the Court is there is no claim whatsoever that there was any violence, threats of violence or force that was used.

I recognize that a 14-year-old girl and a 17-year-old girl who asked how to participate in this conduct, and then are led into the conduct by Chellsie and her sister.

In retrospect, though, Chellsie was 22 years of age at that time and is now 24. I think she realizes, Judge, how severe and how onerous the conduct was. I don't think she recognized that at that time.

As you know, Judge, we're dealing with a young woman who is now a convicted felon, who is now going to be required to register as a sex offender for the rest of her natural life, with no prior criminal history points whatsoever, a young mother with two daughters age 7 years and 7 months.

A young woman with limited employment history, a young woman with a 9th grade education, and a young woman who at age 22 was involved in the criminal conduct that occurred for less than a week in April of 2012.

I suggested to the Court when you look at

everything about Chellsie Blue, which I put in the writings, I

know you've read it so I won't repeat it, I don't disagree

with what the Government is trying to do, this is -- this

seems to be a high profile prosecution for the Department of

04:19:01PM Justice.

But I also recognize that Ms. Blue is convicted of

conspiracy.  There is no mandatory minimum in this case.

If these -- if these facts did not involve a

14-year-old or a 17-year-old, we probably wouldn't be standing

04:19:22PM before the Court facing a possibility of life imprisonment.

I think when you look at all the sentencing

factors, Judge, it's not an enviable position that you find

yourself in.

You know from looking at the revised report that

04:19:43PM Chellsie Blue has 42 days in custody.  She was at liberty for

a period of time, she could not stop using marijuana.  She

appeared before Magistrate Judge Feldman, he remanded her to

custody, she stayed there for some 35 days.

She came out and she started learning some skills

04:20:04PM about how to be a responsible young mother, how to be a

responsible young adult.  Things that -- she was surviving and

doing things; they are taking care of her mom, her daughter

and trying to make the best of things on the street.

But I think when she spent that month in jail,

04:20:21PM which is the longest period of time she ever did at that

1  point, she learned that there were consequences for the

2  actions that she did not take.

3  I recognize that when you look at the guidelines

4  168 to 210 months, you're presented with a recommended range

04:20:38PM 5  of 14 years to 17 and a half years for an individual that was

6  not involved in any violent behavior, an individual with no

7  prior criminal conduct, and an individual that was 22 years of

8  age when the conduct occurred.

9  It may strike the Court as my writings asking the

04:20:58PM 10  Court to consider a time served and supervised release, but I

11  know in the past that probation supervision who was given to

12  an individual that has so many needs as Chellsie does, those

13  needs to help her become productive, those needs can be

14  addressed by probation.

04:21:15PM 15  As you know, in the past Chellsie tried to get

16  started in the women's program.  She couldn't comply with

17  that, Judge, because it was voluntary at that time.  She had

18  difficulty with transportation and other obligations at home

19  between her mother and her daughter.

04:21:28PM 20  You heard this before when you issued the warrant

21  for her arrest, and she spent another six days in custody when

22  she came back on the violation last month.  So you're familiar

23  with those facts as well.

24  Judge, I'll tell you when I first met Chellsie

04:21:43PM 25  there was a concrete wall that you couldn't blast through.

1  She could not understand, Judge, she could not understand how

2  she could possibly go to life imprisonment for just showing

3  two individuals the way of the world with respect to escorts.

4  The more time she spent reviewing the case and the

04:22:01PM 5  more she understood it, I think it became -- and perhaps with

6  her getting older and having another child, I think with those

7  things she started to come to grips with how serious her

8  conduct was and where she can find herself.

9  Simply put, Judge, I think that if the Court would

04:22:19PM 10  consider a lengthy term of supervised release to allow

11  Ms. Blue to show the Court, the Government and Probation that

12  she can succeed and that she can abide by the rules, I would

13  ask you to consider that, for many more years of supervision

14  as opposed to incarceration.

04:22:38PM 15  Once again, I recognize the guidelines are

16  significant.  If the Court believes that there's some

17  punishment that's necessary, I'd ask the Court to consider a

18  sentence of 12 months in confinement either at the halfway

19  house or electronic monitoring to bring home to Ms. Blue the

04:22:54PM 20  consequences for her action.

21  I am confident, Judge, whatever sentence you impose

22  it is likely that she will comply with all those terms and

23  conditions, and I think it's highly unlikely you will see her

24  come back before you whatever decision you make.

04:23:09PM 25  So based upon all those factors, Judge, I'm asking

1  you to impose the non-guideline sentence that I requested; and

2  if you believe that confinement is necessary, I'm asking you

3  to consider a term of no more than one year, either in the

4  Volunteers of America or an electronic monitoring.  Thank you,

04:23:24PM 5  Judge.

6          THE COURT: Thank you.

7          Ms. Blue, do you want to say anything?

8          THE DEFENDANT: No, just I put everything in the

9  letter, that's okay.  I don't have anything to say.

04:23:37PM 10          THE COURT: You don't want to say anything else?

11          THE DEFENDANT: (Shakes head).

12          MR. HOSKEN: Judge, I think she said she put it all

13  in the letter which was attached to our sentencing statement.

14          THE COURT: Yeah, I have read that.

04:23:48PM 15          Regarding this matter, the defendant did waive

16  indictment, pled guilty to conspiracy to commit sex

17  trafficking of a minor that occurred over a period of time in

18  April of 2012.

19          The two individuals were aged 14 and 17.  And

04:24:07PM 20  engaged in prostitution activity over that period of time.

21          Many prostitution activities according to their

22  statements that they provided.

23          That those two individuals were advertised on

24  backpage and put out for prostitution activities.  They were

04:24:31PM 25  also provided with both alcohol and drugs.  These acts

1    occurred at the home of the defendant, her sister's home, as

2    well as two motels in the area, the 490 Motel and the Gates

3    Motel.

4              As Mr. Hosken's pointed out, Ms. Chellsie Blue has

04:24:55PM 5    a very minor record, petit larceny back in 2009.  She has two

6    children, a 6-year-old and a 5-month-old.

7              She has had a history of having a problem with the

8    use of marijuana.  Also, she did attempt to get involved in

9    the women's program, but that didn't work out.

04:25:19PM 10             She did attend Edison High School through the 8th

11   grade.

12             The base offense level for this particular matter

13   is a base offense level of 30.  Based upon the fact that the

14   Court does agree with Probation, that Ms. Chellsie Blue, along

04:25:45PM 15   with her sister, were organizers, at least, of these

16   activities, and that they recruited these young women to

17   participate in prostitution activities, provided them with the

18   location to conduct those activities.

19             Also shared in the proceeds from those illegal

04:26:05PM 20   sexual activities.  Clearly, two points for being an organizer

21   is appropriate.

22             There's an additional two point adjustment based

23   upon the use of computers, specifically here the use of

24   advertising the services of these young women on a computer,

04:26:24PM 25   which would involve another two level upward adjustment.

1          Based upon the fact that it involved a sexual act

2     is a two point upward adjustment.

3          And, finally, based upon the fact that there were

4     two separate victims in this case, an adjusted combined

04:26:44PM 5     offense level of a two level increase results in a total

6     offense level of 38.

7          Ms. Blue will receive a three level downward

8     adjustment based upon acceptance of responsibility by her plea

9     of guilty, her acknowledgment of her activities in this

04:27:07PM10     particular case, resulting in a total offense level of 35,

11     along with a criminal history category of I, which results in

12     a sentencing range of between 168 months and 210 months, which

13     as Mr. Hosken has pointed out, somewhere between 14 and 17

14     years under the guidelines.

04:27:31PM15          This particular offense could involve up to life

16     incarceration and could involve very minimal period of

17     incarceration or no incarceration, it's a wide range of

18     sentencing here.

19          Ms. Blue, I'm looking at everything that existed

04:27:47PM20     here and I'm concerned.  I agree with your attorney you're not

21     Mr. Kramer.  You were involved in this activity as far as

22     recruiting others for a relatively short period of time, but

23     you were engaged in this activity yourself for quite a bit of

24     time.  And it's clear to me that you did recruit and use these

04:28:12PM25     young girls.

1          How old is your daughter now?

2          **THE DEFENDANT:** She turned 7 today.

3          **THE COURT:**  Today?

4          **MR. HOSKEN:** One 7 today and the other daughter is 7

04:28:20PM 5  months now, Your Honor.

6          **THE COURT:** What would you think in 7 years from now

7  if your daughter was picked up on the street and taken

8  somewhere by someone and introduced to this, the way of the

9  world, to prostitution activities?  What would you think of

04:28:35PM 10  that?

11          **THE DEFENDANT:** I wouldn't like that.

12          **THE COURT:** No, you wouldn't, would you?

13          **THE DEFENDANT:** (Shakes head).

14          **THE COURT:** These girls have parents and these young

04:28:42PM 15  girls deserved to be treated better as well.

16          These are activities that are just totally

17  unacceptable, especially for a minor to be brought into this

18  type of activity on the street and to utilize them, it's

19  really a form of slavery to do that to individuals, to bring

04:29:04PM 20  them in and have them commit sex acts with dozens of men for

21  money that went into your pocket ultimately, at least

22  partially.  And it's just conduct that cannot be accepted and

23  has to be punished.

24          There has to -- there has to be a message out there

04:29:30PM 25  that this type of activity, utilizing young people to engage

1   in sexual activities and trafficking young people, is

2   something that we simply cannot tolerate in this community.

3          And you did a lot.  I mean, you and your sister

4   provided them clothes and places to commit these acts and

04:29:51PM 5   drugs and alcohol.  And I don't quite understand except for

6   the fact that you were engaged in those activities yourself.

7          You somehow thought that was the way you needed to

8   survive in this community.  There's a lot better ways to

9   survive in the community, and there are people similar to

04:30:11PM 10   yourself who grew up in tougher situations who have found

11   other routes to support their family other than what you did

12   in this case.

13          Therefore, the Court has to consider a number of

14   factors, including the nature and circumstances of the

04:30:32PM 15   offense, obviously, a very serious offense, utilizing young

16   people to engage in prostitution activities and receiving

17   proceeds from those acts that those individuals were

18   committing with men throughout this community.

19          Considering your background, I have some sympathy

04:30:53PM 20   for you in that I know you had substance abuse issues and

21   don't have a long criminal history.  So I think in that sense

22   it somewhat mitigates your activity.

23          However, I think we have to impose a sentence that

24   reflects the seriousness of the offense, particularly in

04:31:13PM 25   taking young people and turning them into prostitutes, it's

1  not the way you help young women in this community by turning

2  them into prostitutes.

3         We have to deter others from engaging in this type

4  of activity and protect the public from further crimes from

04:31:32PM 5  you and also from other individuals who may engage in this

6  type of activity.

7         As I just indicated, the sentencing guidelines

8  would indicate a sentence of between 14 and 17 years and I

9  think that's excessive.  I don't think that's an appropriate

04:31:52PM 10  sentence in this particular case based upon your lack of

11  criminal history here.

12         But I do believe that a sentence of time served or

13  12-month period of incarceration is also not the right message

14  to send to the community or to you; that this activity is

04:32:12PM 15  something that needs to be punished and stopped and deterred

16  in the future.

17         Based upon all that, it's the sentence of the Court

18  that the defendant, Chellsie Blue, be sentenced to 72 months

19  of incarceration to the Bureau of Prisons.

04:32:31PM 20         In addition, she be sentenced to five years of

21  supervised release.

22         Impose a fine of $500, which will be collected over

23  a period of time while she is incarcerated.

24         A special assessment of $100.

04:32:45PM 25         And special conditions of supervised release,

1  including the fact that the defendant must register as a sex

2  offender wherever she may live, work or be employed.

3            Submit to any substance abuse evaluation and

4  treatment.

04:33:04PM 5            Use no alcohol or drugs while she's under

6  supervised release.

7            Receive mental health evaluation and treatment.

8            Provide a DNA sample for analysis.

9            To submit to any searches by the Probation

04:33:19PM 10  Department of any home where she may live or any vehicles that

11  she may be operating.

12            Based upon the offense here as well, the defendant

13  must submit to drug testing.  As I indicated, the use of any

14  alcohol or drugs would be a violation of the conditions of

04:33:49PM 15  supervised release.

16            I believe part of the plea agreement was a

17  forfeiture of a computer and a cell phone and the Court will

18  order that to be forfeited as well as part of this sentence.

19            Are there any other conditions of supervised

04:34:04PM 20  release?

21            **MR. SPOGEN:** No, Your Honor.  I think one of the

22  recommendations that she be housed as close to Rochester as

23  possible.

24            **THE COURT:** Yes, I know you have family here, you

04:34:12PM 25  have young children, you have family as well that are

1  supportive of you, and based upon that I will order that you

2  be housed as close to Rochester as possible so you can receive

3  their guidance.

4          **MR. HOSKEN:** If I could address two things, Judge?

04:34:26PM 5          **THE COURT:** Sure.

6          **MR. HOSKEN:** Judge, first off, I know the Court

7  referenced that this is a form of slavery, and it may not

8  change the Court's indication what's a proper sentence, but I

9  want to alert the Court to the following.

04:34:38PM 10          The conduct in this case, Your Honor, is limited

11  between April 14th and April 18th with respect to the

12  14-year-old, which was four days; and according to the

13  information with respect to the 17-year-old, no more than a

14  week's conduct.

04:34:53PM 15          There was no indication that the 14-year-old nor

16  the 17-year-old were kept against their will, Your Honor.  In

17  fact, as I pointed out in my letter yesterday, they were told

18  at any time they could leave and they chose to leave.

19          So I would ask the Court to reconsider that with

04:35:10PM 20  respect to the traditional nature of these charges where it

21  might be a situation where someone was in slavery and was not

22  permitted to leave.  So I would ask you to consider that.

23          **THE COURT:** Maybe the term "slavery" was not proper

24  in that I'm not saying they were kidnapped or held against

04:35:25PM 25  their will in that sense.

1    Clearly a 14 and 17-year-old do not have, I think,

2    the ability to make the type of judgments that an adult makes,

3    and Ms. Blue was an adult when she engaged in these activities

4    and actually recruited and supported and advanced these

04:35:42PM 5    activities by advertising, by finding places for them to

6    reside, by sharing in the profits of this activity.

7    And so, no, it doesn't change my mind at all and I

8    think if I misused the term slavery, I apologize for that.

9    They were not held against their will, but they certainly were

04:35:58PM 10    in no position to make rationale judgments based upon their

11    age, but that does not in any way excuse the conduct by

12    Ms. Blue.

13    **MR. HOSKEN:** Thank you for the clarification, Your

14    Honor.

04:36:06PM 15    **THE COURT:** Sure.

16    **MR. HOSKEN:** Second issue is with respect to the

17    requirement that Ms. Blue participate in sex offender

18    treatment.  And I know that's a standard condition recommended

19    by Probation in all sex offenses, and I know this comes under

04:36:18PM 20    the umbrella as a sex offense and Ms. Blue will be required to

21    register as a sex offender.

22    I don't think there's any indication in this

23    report, Your Honor, that in any way, shape or manner that

24    Ms. Blue had any interest with respect to minors or children.

04:36:36PM 25    I don't -- I'm familiar with the program that

Probation uses and it's primarily programs for individuals

that have had either instances of production of child

pornography, enticement of minors to have sex with minors or

other activities involving sex acts with minors.

04:36:52PM So I'm asking the Court to find that that would not

be a reasonable condition under the circumstances of this

case, and I'm asking you not to impose that condition of

supervised release.

**THE COURT:** Okay.  I don't think I did, did I?

04:37:04PM **MR. SPOGEN:** Your Honor, I heard you say mental

health evaluation, but I did not hear you say for sex

offenders.  You did make her register as a sex offender and

recommended mental health treatment.

**THE COURT:** I think it should be clear, Mr. Hosken.

04:37:17PM I think your point is legitimate in that I was not ordering

that she participate in the sex offender program which is a

specialized program of the Probation Department.

However, she will undergo a mental health

evaluation and follow any treatment recommendations, if any,

04:37:31PM and also that she register under the Sex Offender Registration

Act.

**MR. HOSKEN:** Thank you for clarification.

Lastly, Judge, I would ask the Court to consider

allowing Ms. Blue to voluntarily surrender to serve this

04:37:41PM sentence.  I would ask you to grant that application.

1          **THE COURT:** Based upon the circumstances of the

2    case, I'm going to have her surrender herself into custody at

3    this time.

4          **MR. HOSKEN:** Yes, Your Honor.

04:37:50PM 5          **THE COURT:** Okay.  She'll be detained by the

6    marshals.

7          **MS. LEE:**  Government moves to dismiss the criminal

8    complaint against Ms. Blue in this matter.

9          **THE COURT:** Criminal complaint will be dismissed.

04:38:05PM 10          Ms. Blue, I'm also advising you of your right to

11   appeal in this case.  Based upon the fact that the sentence

12   was within the parameters of the plea agreement, you did limit

13   your right to appeal any sentence, but if there's other

14   issues, I'm sure Mr. Hosken will discuss those with you, okay?

04:38:20PM 15          **MR. HOSKEN:** Thank you, Your Honor.

16          **THE COURT:** Thank you.

17          (**WHEREUPON**, the proceedings adjourned at 4:38 p.m.)

18                    *    *    *

19

20

21

22

23

24

25

1                    **CERTIFICATE OF REPORTER**

2

3          In accordance with 28, U.S.C., 753(b), I certify that

4   these original notes are a true and correct record of

5   proceedings in the United States District Court for the

6   Western District of New York before the Honorable Frank P.

7   Geraci, Jr. on June 19th, 2014.

8

9   S/ Christi A. Macri

10  Christi A. Macri, FAPR-RMR-CRR-CRI
    Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25